UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THOMAS DEAN CAUDILL,<br><br>　　　　Defendant. | Case No. 3:14-cr-00058-HDM-CSD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (FIRST REQUEST)** |

　　　IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender KATE BERRY, counsel for THOMAS DEAN CAUDILL and United States Attorney SIGAL CHATTAH, Assistant United States Attorney ANDREW KEENAN, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for April 15, 2025, at 11:00 AM, be vacated and continued to April 29, 2025, at 11:00 AM.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is currently detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 10th day of April, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By  /s/ Kate Berry<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for THOMAS DEAN CAUDILL | By  /s/ Andrew Keenan<br>ANDREW KEENAN<br>Assistant United States Attorney<br>Counsel for the Government |

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS ORDERED** that the Revocation Hearing currently set for April 15, 2025, at 11:00 AM, be vacated and continued to April 29, 2025, at 11:00 AM in Reno Courtroom 4 before Judge Howard D. McKibben. **IT IS SO ORDERED.**

DATED this 10th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE